UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILL LIETZKE,<br><br>  Plaintiff,<br>  v.<br>GREYHOUND LINES, INC.,<br><br>  Defendant. | Case No. 3:19-cv-00559-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 4) ("R&R) relating to Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) and *pro se* complaint ("Complaint") (ECF No. 1-1). Plaintiff had until December 26, 2019, to file an objection but has not done so. The Court accepts and adopts the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). However, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to review "any issue that is not the subject of an objection" and accepting, without review, a magistrate judge's recommendation to which no objection was filed). The Court nonetheless engages in de novo review to determine whether to accept the R&R and finds it should be accepted.

///

Magistrate Judge Cobb recommends that the Court deny Plaintiff's application to proceed *in forma pauperis* and dismiss this action. The Court adopts this recommendation and will dismiss this case with prejudice.

As Judge Cobb points out in the R&R, Plaintiff has been declared a vexatious litigant and did not obtain leave from the Court's Chief Judge to file this action. (ECF No. 4 at 2.) For this reason alone the application to proceed *in forma pauperis* should be denied and this action dismissed. The Court additionally agrees with the R&R that Nevada is not the proper venue for this action and that jurisdiction in this Court is apparently lacking. (*Id.*)

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 4) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered that this action is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 27th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE